THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, v. CITY OF LONG BEACH, Respondent.— Order denying plaintiff's motion for summary judgment

affirmed, with ten dollars costs and disbursements. Apparently there are questions of fact to be tried, and the plaintiff's right to recover as a matter of law involves such an element of doubt that the case should go to trial. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.